UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :    INDICTMENT

    - v. -                          :

LAVERNE GARRETT,                    :    07 Cr.

            Defendant.              :    07 CRIM 784

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 20 2007

COUNT ONE

The Grand Jury charges:

From at least in or about late 2002, until in or about February 2006, in the Southern District of New York and elsewhere, LAVERNE GARRETT, the defendant, unlawfully, wilfully, and knowingly, did embezzle, steal, purloin, and convert to her use, and without authority, did sell, convey and dispose of money and things of value of the United States and of a department and agency thereof, with an aggregate value exceeding $1,000, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, GARRETT embezzled, stole, and converted to her own use in excess of $1,000 in Supplemental Security Income to which she was not entitled.

(Title 18, United States Code, Section 641.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LAVERNE GARRETT,

Defendant.

INDICTMENT

07 Cr.

(Title 18, United States Code,
Section 641)

Michael J. Garcia
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

8/20/07 - SRM

Filed indictment. Case assigned to Judge Sullivan.

—Francis, J.