

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2007

By Hand c/o Eileen Levine

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-07

    Re:    United States v. Laverne Garrett

Dear Judge Sullivan: MEMO ENDORSED 07CR784

    The Grand Jury returned an Indictment in this case on August 20, 2007, and it was wheeled out to Your Honor that day. I enclose a copy of the Indictment for Your Honor's files.

    The defendant has not yet been arraigned on the Indictment, and the Government requests that a conference be set for the week of September 4, 2007. In addition, the Government requests that time be excluded under the Speedy Trial Act between now and whatever date Your Honor sets for the initial conference, so that the Government can begin the process of gathering and producing discovery to the defendant. I have spoken with defense counsel who does not object to this request.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By:   *[signature]*
    Christopher L. LaVigne
    Assistant U.S. Attorney
    (212) 637-2325

cc:    Christopher Flood, Esq. (Facsimile)

**Application GRANTED**
**SO Ordered**

*[signature]*
USDJ