AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

Case Number: 07 Cr 784 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LAVERNE GARRETT, Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/20/2007 | *signature* |
| Date | Signature |

Peggy M. Cross  peggy_cross@fd.org     7231
Print Name                              Bar Number

Federal Defenders of New York, Inc., 52 Duane St., 10th Fl.
Address

New York        NY        10007
City            State     Zip Code

(212) 417-8732        (212) 571-0392
Phone Number          Fax Number