# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**MEMO ENDORSED**

December 11, 2007

By Hand
Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

Re: United States v. Laverne Garrett
    07 Cr. 784 (RJS)

Dear Judge Sullivan:

With the consent of the government, I write on behalf of my client, Laverne Garrett, to request a three-week adjournment of the next status conference, currently scheduled for December 14, 2007 at 10:00.

The parties have been engaged in productive, substantive plea negotiations and anticipate a resolution of this case short of trial. At the last conference on November 29, the Court suggested that the parties inform the Court if a brief adjournment was necessary before such a resolution could be reached. At this point, the parties believe that it is. In consequence, we request that the conference be adjourned for three weeks so the parties can complete our plea negotiations.

Ms. Garrett consents to the exclusion of time between today and the adjourn date from any speedy trial calculation.

*Request denied. The parties shall appear as previously directed on Dec. 14, 2007.*

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

SO ORDERED
Dated: Dec. 12, 2007
RICHARD J. SULLIVAN
U.S.D.J.

cc: AUSA Christopher L. LaVigne (via facsimile)