# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



April 30, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Laverne Garrett**
      07 Cr. 784 (RJS)

Dear Judge Sullivan:

    With the consent of the government, I write on behalf of my client, Laverne Garrett, to request an adjournment of her sentencing, currently scheduled for Thursday May 8, 2008, at 10:30.

    Last weekend, Ms. Garrett was the victim of a violent attack. She was taken from the scene of the attack by ambulance to the hospital and received stitches above her eye for an injury that apparently resulted from her being pistol-whipped. Her doctor currently is monitoring her for signs of internal bleeding and she suffers from severe pain in her abdomen and her leg. It is very difficult for her to get around in her current condition. Additionally, the defense is in the process of providing information to the probation department that we believe is relevant to sentencing and the government is in the process of working out logistics regarding restitution. For these reasons, the defense seeks to adjourn the sentencing date.

    I have spoken with Christopher LaVigne, the Assistant United States Attorney handling Ms. Garrett's case. He consents to the adjournment and he has informed me that he will be in Florida for a trial beginning at the end of May and will be unavailable for Ms. Garrett's sentencing until mid-July, although another Assistant United States Attorney can cover the case for

him if need-be.

      In consequence, I request that the Court adjourn Ms. Garrett's sentencing until mid-July. In the alternative, I request that the Court adjourn Ms. Garrett's sentencing date for approximately three weeks to allow her recovery time so she may properly participate in her sentencing.

      I thank the Court for its time and consideration.

                        Respectfully submitted,

                        Peggy M. Cross
                        Staff Attorney
                        Tel.: (212) 417-8732

cc: AUSA Christopher L. LaVigne (via facsimile)

*[Handwritten note:] Sentencing in the above-captioned matter is hereby adjourned to July 17, 2008 at 10:30 AM*

SO ORDERED
Dated:
                        RICHARD J. SULLIVAN
                        U.S.D.J.